IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Frank G. Ferro, Jr. | : | No. 17-12467-AMC |
| Debtor | | |

## O R D E R

AND NOW, after the hearing and colloquy in Court regarding the Debtor, Frank G. Ferro, Jr., and the failure to hold the Section 341(a) hearing due to the Debtor failing to file the 2016 Tax Return, it is hereby ORDERED and DECREED that the Chapter 13 Standing Trustee shall hold the Section 341(a) hearing based on the 2015 Tax Return. The Standing Trustee shall hold a 341(a) hearing per the entry of this Order.

Debtor shall supply to the Standing Trustee a complete copy of the 2016 Tax Return upon the filing of the same by Debtor's accountant, as well as any Amended Tax Return should the same need to be filed.

The 2016 Tax Return will be made available to the Trustee on or before October 15, 2017. If the Tax Return is not provided before October 31, 2017, the Trustee may file a certification of non-compliance and request that the case be dismissed without any further hearing.

Dated: **July 31, 2017**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Frank G. Ferro, Jr.
19 Tansey Drive
Aston, PA 19014