IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :  Chapter 13


Frank G Ferro, Jr.              :  Case No. 17-12467-amc

        Debtor(s)


NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE


    The Meeting of Creditors Scheduled for June 21, 2017, has been rescheduled for September 11, 2017 at 10:00 am at the following location:

Chapter 13 Meeting Room
1234 Market Street
Suite 18-341
Philadelphia, PA 19107



                                /s/ David M. Offen
                                David M. Offen Esq.
                                Attorney for Debtor

Dated:  August 2, 2017

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.