United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12467-amc
Frank G Ferro, Jr.                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 31, 2017
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
```
db           +Frank G Ferro, Jr.,   19 Tansey Drive,   Aston, PA 19014-3339
13938221      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern  PA 19355-0701
13897569     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
13897570    #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
13897571     #Central Credit Services LLC,   P.O. Box 1879,   Saint Charles, MO 63302-1879
13897572     +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
13897574     +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
              Saint Louis, MO 63179-0040
13897575     +Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
13897577     +Jefferson Health,   PO Box 88,   Philadelphia, PA 19105-0088
13897578     +LA Fitnes,   2425 South 24th Steet,   Philadelphia, PA 19145-4128
13920822     +LakeView Loan Servicing, LLC,   c/o MATTEO SAMUEL WEINER,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13897579     +Loan Care, LLC,   P.O. Box 8068,   Virginia Beach, VA 23450-8068
13956056     +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13897581      Pa. SCDU,   P.O. Box 69110,   Harrisburg, PA 17106-9110
13897582     +Papastavros Assoc,   23808 Network Place,   Chicago, IL 60673-1238
13897583     +Pro Co,   POB 2462,   Aston, PA 19014-0462
13897584     +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
13897585      Recon Ortho Assoc. II P.C.,   P.O. Box 757910,   Philadelphia, PA 19175-7910
13897586     +Riddle Hospital Patient Payments,   PO Box 781242,   Philadelphia, PA 19178-1242
13897587     +Rothman Institute,   925 Chestnut Street,   Philadelphia, PA 19107-4290
13897590     +Tiffany Koehler,   2611 South Fairhill Street,   Philadelphia, PA 19148-4628
13897591     +Trumark Financial Cu,   335 Commerce Dr,   Fort Washington, PA 19034-2712
13941559      Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:41     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:53
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13900703      E-mail/Text: mrdiscen@discover.com Aug 01 2017 01:48:17     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13897576     +E-mail/Text: mrdiscen@discover.com Aug 01 2017 01:48:17     Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
13955059      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2017 01:53:15
              LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13897580      E-mail/Text: camanagement@mtb.com Aug 01 2017 01:48:28     M & T Bank,   Po Box 844,
              Buffalo, NY 14240
13918808      E-mail/Text: camanagement@mtb.com Aug 01 2017 01:48:28     M&T Bank,   P.O. Box 840,
              Buffalo, NY 14240-0840
13953725      E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2017 01:48:32
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13897588     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:53:26     Synchrony Bank/Amazon,
              Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
13897589     +E-mail/Text: bankruptcy@td.com Aug 01 2017 01:49:00     TD Bank, N.A.,   Attn: Bankruptcy,
              32 Chestnut St,   Lewiston, ME 04240-7799
13913793     +E-mail/Text: dbogucki@trumark.org Aug 01 2017 01:50:00     Trumark Financial,   Credit Union,
              335 Commerce Drive,   PO Box 8127,   Ft. Washington, PA 19034-8127
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13897573*    +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Jul 31, 2017
                              Form ID: pdf900            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Frank G Ferro, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :        CHAPTER 13

Frank G. Ferro, Jr.   :        No. 17-12467-AMC

Debtor

O R D E R

AND NOW, after the hearing and colloquy in Court regarding the Debtor, Frank G. Ferro, Jr., and the failure to hold the Section 341(a) hearing due to the Debtor failing to file the 2016 Tax Return, it is hereby ORDERED and DECREED that the Chapter 13 Standing Trustee shall hold the Section 341(a) hearing based on the 2015 Tax Return. The Standing Trustee shall hold a 341(a) hearing per the entry of this Order.

Debtor shall supply to the Standing Trustee a complete copy of the 2016 Tax Return upon the filing of the same by Debtor's accountant, as well as any Amended Tax Return should the same need to be filed.

The 2016 Tax Return will be made available to the Trustee on or before October 15, 2017. If the Tax Return is not provided before October 31, 2017, the Trustee may file a certification of non-compliance and request that the case be dismissed without any further hearing.

Dated: **July 31, 2017**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Frank G. Ferro, Jr.
19 Tansey Drive
Aston, PA 19014