**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Frank G. Ferro Jr.<br>           Debtor(s)<br><br>Lakeview Loan Servicing, LLC<br>           Movant<br>     vs.<br>Frank G. Ferro Jr.<br>           Debtor(s)<br>Rosemarie Ferro<br>           Co-Debtor<br>William C. Miller<br>           Trustee | CHAPTER 13<br><br><br>NO. 17-12467 AMC<br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 5th day of September, 2017, upon failure of Debtor, Co-Debtor, and the Trustee to file an Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 2841 South Randolph Street ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

Frank G. Ferro, Jr.
19 Tansey Drive
Aston, PA 19014

David M. Offen, Esq.
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532