IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Frank G. Ferro, Jr.            )    Chapter 13
                                        )
         Debtor                         )    No. 17-12467-AMC
                                        )
                                        )

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor