IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Frank G. Ferro, Jr.    )    Chapter 13
                                )
             Debtor             )    17-12467-AMC
                                )
                                )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for
Approval of Counsel Fees submitted by David M. Offen, Attorney
for the Debtor, and upon notice and certification of no objection
it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the
balance in the amount of $4,000.00 shall be paid by the Chapter
13 Trustee to the extent there are funds available and consistent
with the terms of the confirmed plan.

**January 29, 2018**
DATED:

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire