United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12467-mdc |
| Frank G Ferro, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 03, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank G Ferro, Jr., 19 Tansey Drive, Aston, PA 19014-3339 |
| 13897571 | | Central Credit Services LLC, P.O. Box 1879, Saint Charles, MO 63302-1879 |
| 13897577 | + | Jefferson Health, PO Box 88, Philadelphia, PA 19105-0088 |
| 13897578 | + | LA Fitnes, 2425 South 24th Steet, Philadelphia, PA 19145-4128 |
| 13920822 | + | LakeView Loan Servicing, LLC, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13897581 | | Pa. SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 13897582 | + | Papastavros Assoc, 23808 Network Place, Chicago, IL 60673-1238 |
| 13897584 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 13897585 | | Recon Ortho Assoc. II P.C., P.O. Box 757910, Philadelphia, PA 19175-7910 |
| 13897586 | + | Riddle Hospital Patient Payments, PO Box 781242, Philadelphia, PA 19178-1242 |
| 13897587 | + | Rothman Institute, 925 Chestnut Street, Philadelphia, PA 19107-4290 |
| 13897590 | + | Tiffany Koehler, 2611 South Fairhill Street, Philadelphia, PA 19148-4628 |
| 13941559 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13938221 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2022 23:54:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13897569 | + | Email/PDF: bncnotices@becket-lee.com | Jun 03 2022 23:56:25 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13897570 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 03 2022 23:48:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13897574 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2022 23:54:21 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13897575 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2022 23:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13900703 | | Email/Text: mrdiscen@discover.com | Jun 03 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13897576 | + | Email/Text: mrdiscen@discover.com | | |

Case 17-12467-mdc   Doc 66   Filed 06/05/22   Entered 06/06/22 00:28:23   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | Jun 03 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13897572 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 03 2022 23:56:24 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13955059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2022 23:56:48 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13897579 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2022 23:48:00 | Loan Care, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 13897580 | | Email/Text: camanagement@mtb.com | Jun 03 2022 23:48:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13918808 | | Email/Text: camanagement@mtb.com | Jun 03 2022 23:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13956056 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2022 23:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13953725 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13897588 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2022 23:56:25 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13897589 | | Email/Text: bankruptcy@td.com | Jun 03 2022 23:48:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 13913793 | + | Email/Text: dbogucki@trumark.org | Jun 03 2022 23:48:00 | Trumark Financial, Credit Union, 335 Commerce Drive, PO Box 8127, Ft. Washington, PA 19034-8127 |
| 13897591 | + | Email/Text: dbogucki@trumark.org | Jun 03 2022 23:48:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13897573 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13897583 | ##+ | Pro Co, POB 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022        Signature:        /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Frank G Ferro Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Frank G Ferro, Jr.
        Debtor(s)

Case No: 17−12467−mdc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/3/22