# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
|  | : |  |
| **Frank G. Ferro, Jr.** | : | **No.  17-12467-MDC** |
| **SS# XXX-XX-5455** | : |  |
| **Debtor** | : |  |

## ORDER

AND NOW, this __15th__ day of _____June_____ 2022, it is hereby Ordered

that the Wage Order in effect in the above captioned matter be TERMINATED.


_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE